UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Kaldren LLC

          Plaintiff,

v.

Rust−Oleum Corporation

          Defendant.

Case No.: 1:17−cv−06149
Honorable Joan H. Lefkow

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow:Pursuant to Stipulation of Dismissal [21], case dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses. Motion to dismiss [11] is moot. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.